No. 3:06-cv-06606-MHP

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*In re* JOHN A. RYAN and DANIELLE T. RYAN,
*Debtors,*

LAWRENCE J. CHAZEN, an individual, and as Trustee of the
LAWRENCE J. CHAZEN REVOCABLE TRUST,
*Appellants and Cross-Claimants,*

vs.

NICKLOS CIOLINO, CHARLES CIOLINO, DANIEL DELORENZI,
ROBERT AGUILAR, and STEPHEN DANIELE, individuals,
*Appellees and Cross-Defendants.*

On Appeal from the United States Bankruptcy Court,
Case No. 05-32933 DM 11 / Adv. Proc. No. 05-3450, Hon. Dennis Montali

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME TO FILE REPLY BRIEF

Laurie J. Hepler, State Bar No. 160884
**CARROLL, BURDICK & McDONOUGH LLP**
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900 / Fax:  415.989.0932
Email:       lhepler@cbmlaw.com

Attorneys for Appellants LAWRENCE CHAZEN,
an individual, and as Trustee of the LAWRENCE J.
CHAZEN REVOCABLE TRUST

Appellants and Appellees HEREBY STIPULATE, pursuant to Civil Local Rules 6-2 and 7-12, to extend the deadline for Appellees' Reply Brief from January 12, 2007 to January 26, 2007.

I, LAURIE J. HEPLER, HEREBY DECLARE:

1. I am lead appellate counsel for Appellants. I received Appellees' Brief on January 2, and since that time have experienced an exceptional press of business, taking no time off and covering for two traveling partners. The 10-day deadline established by rule simply does not permit sufficient time to prepare and edit the high-quality appellate reply brief that this Court deserves.

2. There are no time modifications in this case.

3. The stipulated extension of time will not affect the schedule for this appeal in any way. This is the last brief to be filed, and there is no date set for any oral argument.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: January 11, 2007

_____
Laurie J. Hepler

THE PARTIES STIPULATE TO THE EXTENDED DEADLINE:

DATED: January 11, 2007

CARROLL, BURDICK & McDONOUGH LLP

By: _____
Laurie J. Hepler, Esq.
Attorneys for Appellants LAWRENCE CHAZEN, an individual, and as Trustee of the LAWRENCE J. CHAZEN REVOCABLE TRUST

-2-

DATED: January 11, 2007

LAW OFFICE OF MICHAEL D. LIBERTY

By: _____
Michael D. Liberty, Esq.,
Attorneys for Appellees NICKLOS CIOLINO,
CHARLES CIOLINO, DANIEL DELORENZI,
ROBERT AGUILAR AND STEPHEN DANIELE

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 1/16/07

_____
Honorable Marilyn Hall Patel